

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00078-CV

---

**JARED ORT, APPELLANT**

**V.**

**BROOKLYN BONHAM, APPELLEE**

---

On Appeal from the 84th District Court
Hutchinson County, Texas
Trial Court No. 44983, Honorable Curt Brancheau, Presiding

---

July 10, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Jared Ort, appeals from the trial court's *Order Granting Defendant's Motion for Summary Judgment.* Now pending before this Court is Ort's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning

the payment of costs, costs will be taxed against Ort. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

2